**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Atlas Capital Investments, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-2042207** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **181 Devine Street** **San Jose, CA 95110** | **P.O. Box 3167** **Saratoga, CA 95070** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** | **Location of principal assets, if different from principal place of business** |
| County | **5729 Fontanoso Way San Jose, CA 95138** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Atlas Capital Investments, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

Debtor    **Atlas Capital Investments, LLC**                                    Case number (*if known*) _____
_____
            Name

**10.  Are any bankruptcy cases**     ☐ No
       **pending or being filed by a**  ■ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in**   *Check all that apply:*
       ***this district?***
                              ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                 preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
       **have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                              ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                 What is the hazard? _____

                              ☐  It needs to be physically secured or protected from the weather.

                              ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              ☐  Other _____

                                 **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                 **Is the property insured?**

                              ☐ No
                              ☐ Yes.    Insurance agency _____
                                        Contact name _____
                                        Phone _____

███ **Statistical and administrative information**

**13.  Debtor's estimation of**   .    *Check one:*
       **available funds**
                              ■  Funds will be available for distribution to unsecured creditors.

                              ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                        ☐ 1,000-5,000              ☐ 25,001-50,000
       **creditors**             ☐ 50-99                       ☐ 5001-10,000              ☐ 50,001-100,000
                              ☐ 100-199                     ☐ 10,001-25,000            ☐ More than100,000
                              ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000               ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000         ■ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000               ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor    **Atlas Capital Investments, LLC**
        Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Atlas Capital Investments, LLC** | Case number (*if known*) | |
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2023**
MM / DD / YYYY

**X** **/s/ Lynne A. Bui**
Signature of authorized representative of debtor

**Lynne A. Bui**
Printed name

Title    **Manager of Zephyr Asset Management, LLC Manager of Debtor**

---

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**
Signature of attorney for debtor

Date    **November 21, 2023**
MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone    **(813)877-4669**    Email address    **All@tampaesq.com**

**0654711 FL**
Bar number and State

Debtor   **Atlas Capital Investments, LLC**
Name
Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
  amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Elessar Properties, LLC** | | Relationship to you | | **Affiliate** |
| District | **Northern District of California, San Jose Division** | When | **8/24/23** | Case number, if known | **5:23-bk-50934** |
| Debtor | **Global Cancer Research Institute, Inc.** | | Relationship to you | | **Affiliate** |
| District | **Northern District of California, San Jose Division** | When | **10/12/23** | Case number, if known | **5:23-bk-51174** |
| Debtor | **Lynne A. Bui** | | Relationship to you | | **Insider** |
| District | **Middle District of Florida, Tampa Division** | When | **7/10/23** | Case number, if known | **8:23-bk-02914-RCT** |

# United States Bankruptcy Court
## Middle District of Florida

In re **Atlas Capital Investments, LLC** _____  Case No. _____

Debtor(s)                       Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Zephyr Asset Management, LLC Manager of Debtor of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 21, 2023** _____  **/s/ Lynne A. Bui** _____

**Lynne A. Bui/Manager of Zephyr Asset Management, LLC**
**Manager of Debtor**
Signer/Title

Atlas Capital Investments, LLC
P.O. Box 3167
Saratoga, CA 95070

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Santa Clara County
Tax and Collections
110 W. Talsman Drive
San Jose, CA 95134-1700

Tesser LLC
608 Ocean Ave.
Seal Beach, CA 90740

The Evergreen Advantage LLC
1424 4th St., Ste. 220A
Santa Monica, CA 90401-2360

The Evergreen Advantage LLC
c/o Wright Finlay & Zak LLP
4665 MacArthur Ct., Ste. 200
Newport Beach, CA 92660

The Evergreen Advantage LLC
1424 4th Street, Ste. 777
Santa Monica, CA 90401